# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Frank Teesdale, et al.

                        Plaintiff,

v.                                          Case No.: 1:09−cv−04046

                                                            Honorable William T. Hart

City Of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2009:

      MINUTE entry before the Honorable William T. Hart: Status hearing held on 8/13/2009. Defendants are given to 9/4/2009 to answer or otherwise plead. If a motion to dismiss is filed, the briefing schedule is set as follows: response, limited to 20 pages, is due by 9/3/2009; reply is due by 9/17/2009; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.