# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | | |
|---|---|---|
| FrankTeesdale, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09 C 4046 |
| City of Chicago, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)*.

☒ other: Judgment is entered in favor of defendants and against plaintiffs dismissing all claims for damages and indemnity.

Declaratory judgment is entered in favor of plaintiffs and against defendant City of Chicago as follows:
A. Nine or fewer members of the Garfield Ridge Church may as a group or individually enter the public streets adjacent to and upon which any St. Symphorosa Family Fest is held, during the hours in which such St. Symphorosa Family Fest is open to the public.
B. Such members may freely move about the public streets and distribute leaflets to others at the Fest.
C. Such members may speak to individuals in attendance at the Fest but not use a bullhorn or other sound-enhancing devices.
D. Such members may display one banner not to exceed four feet by three feet and may carry non-pole signs not to exceed three feet by two feet.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge William T. Hart on motion for summary judgment. and motion for partial summary judgment.

Date: May 26, 2011

Michael W. Dobbins, Clerk of Court

/s/ Carol Wing, Deputy Clerk